[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 7, 2006
THOMAS K. KAHN
CLERK

No. 05-13944
Non-Argument Calendar

_____

D. C. Docket No. 05-00024-CR-3-LAC-004

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BENJY NEIL ALLUMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(February 7, 2006)**

Before CARNES, BARKETT and PRYOR, Circuit Judges

PER CURIAM:

Patrick L. Jackson, appointed counsel for Benjy Neil Allums, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Allums's conviction and sentence are **AFFIRMED**.